UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                      Criminal No. 08-cr-152-01-JD

<u>Cong Duc Nguyen</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 12) filed by defendant is granted in part; the continuance is limited to 45 days.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                       ***/s/ Joseph A. DiClerico, Jr.***
                                       Joseph A. DiClerico, Jr.
                                       United States District Judge

Date: March 13, 2009


cc: Michael Sheehan, Esq.
    Jennifer Davis, Esq.
    U.S. Marshal
    U.S. Probation